CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Christopher.Burton4@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-654-BNW |
| Plaintiff, | **Government's Motion to Quash the Bench Warrant and Request an Initial Appearance Date** |
| vs. | |
| CHRISTOPHER RYAN WILLIAMS, | |
| Defendant. | |

**Certification: This motion is timely filed**

The government moves for leave of Court to quash the warrant issued in this case against defendant Christopher Ryan Williams and requests a new Initial Appearance date.

On December 21, 2021, a bench warrant was issued against the defendant for Failure to Appear for several Initial Appearance dates. The government has learned that counsel for the defendant has been in contact with the defendant and would like to request a new Initial Appearance date. Defense counsel has also represented that he will accept service of the summons on behalf of his client.

1  Therefore, the government requests the bench warrant be quashed and requests this
2  matter be set for an Initial Appearance.

4  **DATED** this 21st day of January, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Christopher Burton*
CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada

**ORDER**

IT IS ORDERED that ECF No. 12 is GRANTED.

**IT IS SO ORDERED**
**DATED:** 10:24 am, January 25, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**