UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## REFERRAL SHEET

```
____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

         FEB 2 4 2022

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Referred by:
- ___ Hon. DANIEL J. ALBREGTS, Courtroom #3A
- _X_ Hon. BRENDA WEKSLER, Courtroom #3B
- ___ Hon. NANCY J. KOPPE, Courtroom #3C
- ___ Hon. CAM FERENBACH, Courtroom #3D
- ___ Hon. ELAYNA J. YOUCHAH, Courtroom #____
- ___ Hon. _____, Courtroom #____

Today's Date: **2/24/2022**

Defendant: **Christopher Ryan Williams**     Case #: **2:21-mj-00654-BNW**

Please return on **Weds, 3/30/22** at **9:00 am**

for _X_ Trial ___ Sentencing ___ Verification of Completion of Sentence ___ Initial Appearance

___ If defendant has completed all outstanding sentencing obligations before the next scheduled hearing date, his/her appearance will be waived and counsel may appear on his/her behalf.

**You are referred to the following agency(ies). TAKE THIS FORM WITH YOU WHEN YOU FIRST REPORT TO ANY OF THESE AGENCIES. Additionally, it is YOUR RESPONSIBILITY to pay any fees charged for participation in any of these programs unless the Court has waived your payment of fees.**

___ **FEDERAL PUBLIC DEFENDER** - 411 E. Bonneville, Suite 250, Las Vegas, Nevada. Telephone number: (702) 388-6577. **Report immediately to schedule an interview.**

___ **PRETRIAL SERVICES** - 333 Las Vegas Blvd. So., Room 1112, Las Vegas, Nevada. Telephone number: (702) 464-5630. **Report immediately to schedule an interview.**

___ **PROBATION DEPARTMENT** - 300 Las Vegas Blvd. So., Suite 1200, Las Vegas, Nevada. Telephone number: (702) 527-7300. **Report immediately to schedule an interview.**

___ **ALTERNATIVE SENTENCING & EDUCATION DIVISION** - Regional Justice Center, 200 Lewis Ave., 4th floor, Las Vegas, Nevada. Telephone number: (702) 229-1344. Hours: 7:30 a.m. to 5:00 p.m., Monday through Thursday.
- ___ DUI School, with Stop DUI Victim Impact       ___ Drinker/Driver Awareness Class
- ___ Petty Larceny Program                        ___ Other _____
- ___ Substance Abuse Program

___ **COMMUNITY SERVICE** - _____ Hours
- ___ at Lake Mead National Recreation Area.
- ___ court-approved nonprofit, charitable organization _____

___ **RESTRICTION FROM** ( ) Lake Mead National Recreation Area ( ) Red Rock Conservation Area
( ) BLM lands in Nevada commencing _____ for _____ day(s)/month(s).

___ No adverse contact with law enforcement for a period of _____.

___ **OTHER** _____

PO Referral Sheet - Rev 6/19